UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23130-CIV-ALTONAGA/O'SULLIVAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LUCVENS FRANCOIS, individually and d/b/a
TAX RESOURCE CENTER, URBAN SIRE,
LLC, and THE CITEDALE GROUP, INC.,

        Defendant.
_____/

### ORDER AND NOTICE OF HEARING

THIS MATTER is before the Court on the United States' Motion for Sanctions Pursuant to Rule 37(b) (DE # 37, 7/8/15).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the United States' Motion for Sanctions Pursuant to Rule 37(b) (DE # 37, 7/8/15) on or before August 25, 2015.  The failure to file a response may result in an Order that United States' Motion for Sanctions Pursuant to Rule 37(b) (DE # 37, 7/8/15) be granted in its entirety.  It is further

ORDERED AND ADJUDGED that the United States' Motion for Sanctions

Pursuant to Rule 37(b) (DE # 37, 7/8/15) is set for hearing before the undersigned on September 1, 2015, at 3:00 PM, at the United States District Court, 301 North Miami Ave., Miami, Florida, 5th Floor Courtroom.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this 11th day of August, 2015.

                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Altonaga
All counsel of record